File Date: 03/02/2005     Case: 4:04-cv-00343-RWS     Bell v. Whitehall Jewellers, Inc. et al     Doc #: 36     p: 1 of 1

**EXHIBIT A**
## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CARL BELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 04CV-00343 RWS |
| ) | |
| WHITEHALL JEWELLERS, INC., ) | |
| DANIEL PRATHER, CHRISTINA POWELL, ) | |
| BRIAN CLOSS, and ANITA FINK, ) | |
| ) | |
| Defendant. ) | |

### MOTION TO DISMISS WITH PREJUDICE

COMES NOW Plaintiff Carl Bell ("Plaintiff"), and pursuant to Rule 41(a)(1) of the

Federal Rules of Civil Procedure, hereby dismisses the above-styled lawsuit and Complaint

and all claims alleged or which could have been alleged in that lawsuit with prejudice. Each

party shall bear and pay for his or its own respective costs and attorneys' fees in connection

with this dismissal and this lawsuit.

Respectfully Submitted,

By: _____

Gordon E. Freese  #56193
222 S. Central, Ste. 1004
St. Louis, MO  63105
(314) 721-5500 Phone
(314) 727-3343 Fax
Attorney for Plaintiff

SO ORDERED THIS 3rd DAY OF March, 2005.

_____
Hon. Rodney W. Sippel
**United States District Judge**

3074099                                          7

